```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

      Plaintiff,

  -against-

Westor Capital Group, Inc.,

      Defendant.
-----------------------------------------------------------X

13 Civ. 2531 (HB)

ORDER

Hon. HAROLD BAER, JR., District Judge:

  It is hereby ORDERED that the above case be terminated after ten (10) days from the date of this order unless the plaintiff or the defendant requests otherwise.

SO ORDERED.

Date: 4/23/13
New York, New York

HAROLD BAER, JR.
United States District Judge